IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DKC-08-203 |
| | * | |
| OPIO MOORE, | * | |
| | * | |
| Defendant | * | |
| | * | |

\*\*\*\*\*\*\*

## MOTION TO SEAL

The United States of America, through its attorney Jessica Collins, respectfully moves this Honorable Court for an order placing under seal the Proposed Sealed Document (the Government's Response to Defendant's Motion for Access to Sealed Documents for Purpose of His Appointment to Litigate Compassionate Release and the Proposed Order attached thereto) because it references and quotes from information contained within sealed documents and there is no reasonable alternative to sealing.

**WHEREFORE**, the Government respectfully requests that the Proposed Sealed Document be placed under seal.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:        /s/
Jessica C. Collins
Assistant United States Attorney


It is so ORDERED, this _____ day of April, 2022.

_____
Honorable Deborah K. Chasanow
United States District Judge